**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------------- x
                                              :
In re                                         :
                                              :    Chapter 11
CHEF HOLDINGS, INC.                           :
                                              :    Case No. 19-10490 (___)
            Debtor.                           :
                                              :
Tax I.D. No. 46-3538070                       :
--------------------------------------------------------- x
                                              :
In re                                         :
                                              :    Chapter 11
CHEF INTERMEDIATE, INC.                       :
                                              :    Case No. 19-10491 (___)
                                              :
            Debtor.                           :
                                              :
Tax I.D. No. 46-4608653                       :
--------------------------------------------------------- x
                                              :
In re                                         :
                                              :    Chapter 11
CTIF HOLDINGS, INC.                           :
                                              :    Case No. 19-10492 (___)
                                              :
            Debtor.                           :
                                              :
Tax I.D. No. 27-5470046                       :
--------------------------------------------------------- x
                                              :
In re                                         :
                                              :    Chapter 11
CHEF INVESTMENT, LLC                          :
                                              :    Case No. 19-10493 (___)
                                              :
            Debtor.                           :
                                              :
Tax I.D. No. 27-2203918                       :
--------------------------------------------------------- x
```

01:24256495.1

```
------------------------------------------------------- x
                                                       :
In re                                                  :
                                                       :      Chapter 11
CTI FOODS ACQUISITION LLC                              :
                                                       :      Case No. 19-10494 (___)
            Debtor.                                    :
                                                       :
Tax I.D. No. 27-2203918                                :
------------------------------------------------------- x
                                                       :
In re                                                  :
                                                       :      Chapter 11
CTI FOODS HOLDING CO., LLC                             :
                                                       :      Case No. 19-10495 (___)
            Debtor.                                    :
                                                       :
Tax I.D. No. 14-1888320                                :
------------------------------------------------------- x
                                                       :
In re                                                  :
                                                       :      Chapter 11
CTI SERVICES CORPORATION                               :
                                                       :      Case No. 19-10496 (___)
            Debtor.                                    :
                                                       :
Tax I.D. No. 27-4372331                                :
------------------------------------------------------- x
                                                       :
In re                                                  :
                                                       :      Chapter 11
CTI FOODS, LLC                                         :
                                                       :      Case No. 19-10497 (___)
            Debtor.                                    :
                                                       :
Tax I.D. No. 54-2103673                                :
------------------------------------------------------- x
```

2

```
------------------------------------------------ x
In re                                            :
                                                 :
CTI ARLINGTON, LLC                               :      Chapter 11
                                                 :
                                                 :      Case No. 19-10498 (___)
                    Debtor.                       :
                                                 :
Tax I.D. No. 26-0406103                          :
                                                 :
------------------------------------------------ x
                                                 :
In re                                            :
                                                 :      Chapter 11
CTI SAGINAW I, LLC                               :
                                                 :      Case No. 19-10499 (___)
                                                 :
                    Debtor.                       :
                                                 :
Tax I.D. No. 26-0406133                          :
------------------------------------------------ x
                                                 :
In re                                            :
                                                 :      Chapter 11
CTI KING OF PRUSSIA, LLC                         :
                                                 :      Case No. 19-10500 (___)
                                                 :
                    Debtor.                       :
                                                 :
Tax I.D. No. 45-5624771                          :
------------------------------------------------ x
                                                 :
In re                                            :
                                                 :      Chapter 11
CTI-SSI FOOD SERVICES, LLC                       :
                                                 :      Case No. 19-10501 (___)
                                                 :
                    Debtor.                       :
                                                 :
Tax I.D. No. 14-1888322                          :
------------------------------------------------ x
```

3

```
------------------------------------------------ x
In re                                :
                                     :    Chapter 11
S & S FOODS LLC                      :
                                     :    Case No. 19-10502 (___)
                                     :
            Debtor.                  :
                                     :
Tax I.D. No. 30-0197447              :
------------------------------------------------ x
                                     :
In re:                               :
                                     :    Chapter 11
CUSTOM FOOD                          :
PRODUCTS HOLDINGS, LLC               :    Case No. 19-10503 (___)
                                     :
                                     :
            Debtor.                  :
                                     :
Tax I.D. No. 20-8962697              :
------------------------------------------------ x
                                     :
In re                                :
                                     :    Chapter 11
CUSTOM FOOD PRODUCTS, LLC            :
                                     :    Case No. 19-10504 (___)
                                     :
            Debtor.                  :
                                     :
Tax I.D. No. 26-0240697              :
------------------------------------------------ x
                                     :
In re                                :
                                     :    Chapter 11
LIGURIA HOLDINGS, INC.               :
                                     :    Case No. 19-10505 (___)
                                     :
            Debtor.                  :
                                     :
Tax I.D. No. 81-1178652              :
------------------------------------------------ x
```

4

```
------------------------------------------------------------ x
In re                                                        :
                                                             :        Chapter 11
LIGURIA FOODS, INC.                                          :
                                                             :        Case No. 19-10506 (___)
                                                             :
            Debtor.                                          :
                                                             :
Tax I.D. No. 26-1696446                                      :
------------------------------------------------------------ x
```

## MOTION OF DEBTORS PURSUANT TO
## FED R. BANKR. P. 1015(b) FOR ENTRY OF ORDER
## DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

CTI Foods, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), respectfully represent as follows in support of this motion (the "**Motion**"):

### Background

1.      On the date hereof (the "**Petition Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

2.      On March 7, 2019, the Debtors executed a restructuring support agreement (the "**Restructuring Support Agreement**") with (i) members of an ad hoc group (the "**Ad Hoc Group**" and, collectively with other creditors that sign joinders to the Restructuring Support Agreement, the "**Consenting Creditors**") that hold approximately 74.23% of the outstanding principal amount under that certain First Lien Term Loan Agreement, dated as of June 28, 2013

5

(as amended, modified, or otherwise supplemented from time to time) and approximately 25.24% of the outstanding principal amount under that certain Second Lien Term Loan Agreement, dated as of June 28, 2013 (as amended, modified, or otherwise supplemented from time to time) and (ii) the prepetition equity sponsors (the "**Consenting Sponsors**"), which own or control approximately 94.31% of the outstanding equity interests in Chef Holdings, Inc. (which directly or indirectly owns or controls one hundred percent (100%) of the prepetition interests in the other Debtors).  As a result of additional creditors joining the Restructuring Support Agreement, the Debtors now have the support of Consenting Creditors holding approximately 78.70% of First Lien Term Loan Claims[1] and 52.31% of Second Lien Term Loan Claims.  The Debtors and the Ad Hoc Group anticipate that the percentages of holders of First Lien Term Loan Claims and Second Lien Term Loan Claims that become Consenting Creditors will continue to increase in the coming days.

3.      Pursuant to the Restructuring Support Agreement, the Consenting Creditors agreed to vote in favor of and support confirmation of the *Joint Prepackaged Chapter 11 Plan of Reorganization of CTI Foods, LLC and Its Affiliated Debtors* (the "**Prepackaged Plan**") which, upon implementation, provides for the Debtors to emerge from these chapter 11 cases substantially de-levered.  Prior to the Petition Date, on March 8, 2019, the Debtors commenced the solicitation of votes on the Prepackaged Plan through their *Disclosure Statement for Joint Prepackaged Chapter 11 Plan of CTI Foods, LLC and Its Affiliated Debtors* (the "**Disclosure Statement**") pursuant to sections 1125 and 1126(b) of the Bankruptcy Code.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Prepackaged Plan (as defined below) or the Percy Declaration (as defined below).

Consistent with their obligations under the Restructuring Support Agreement, the Debtors are seeking to emerge from chapter 11 on an expedited basis.

4.      Additional information regarding the Debtors' business and capital structure and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Kent Percy in Support of the Debtors' Chapter 11 Petitions and First Day Relief*, sworn to on the date hereof (the "**Percy Declaration**"), which has been filed with the Court contemporaneously herewith and is incorporated by reference herein.

## Jurisdiction

5.      The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      Pursuant to Rule 9013–1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

## Relief Requested

7.      By this Motion, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Local Rule 1015-1, the Debtors request entry of an order directing consolidation of their chapter 11 cases for procedural purposes only.

7

8.      A proposed form of order granting the relief requested herein is annexed

hereto as **Exhibit A** (the "**Proposed Order**").

**Basis for Relief Requested**

9.      Bankruptcy Rule 1015(b) provides, in relevant part, that "[i]f . . . two or

more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court

may order a joint administration of the estates."  Fed. R. Bankr. P. 1015(b).  Under section

101(2) of the Bankruptcy Code, the term "affiliate" means:

> (A) [an] entity that directly or indirectly owns, controls, or holds
> with power to vote, 20 percent or more of the outstanding voting
> securities of the debtor, other than an entity that holds such
> securities—
>
>> (i)  in a fiduciary or agency capacity without sole
>> discretionary power to vote such securities; or
>>
>> (ii) solely to secure a debt, if such entity has not
>> in fact exercised such power to vote;
>
> (B) [a] corporation 20 percent or more of whose outstanding voting
> securities are directly or indirectly owned, controlled, or held with
> power to vote, by the debtor, or by an entity that directly or
> indirectly owns, controls, or holds with power to vote, 20 percent
> or more of the outstanding voting securities of the debtor, other
> than an entity that holds such securities—
>
>> (i)  in a fiduciary or agency capacity without sole
>> discretionary power to vote such securities; or
>>
>> (ii) solely to secure a debt, if such entity has not in
>> fact exercised such power to vote . . . .

11 U.S.C. § 101(2).  The Debtors are affiliates of one another because Chef Holdings, Inc. owns,

either directly or indirectly, 100% of the outstanding voting interests in each of the other

8

Debtors.[2]  Accordingly, this Court is authorized to jointly administer these cases for procedural

purposes.

10.     In addition, Local Rule 1015–1 provides, in relevant part, as follows:

An order of joint administration may be entered, without notice and an
opportunity for hearing, upon the filing of a motion for joint
administration . . . supported by an affidavit, declaration or verification,
which establishes that the joint administration of two or more cases
pending in this Court under title 11 is warranted and will ease the
administrative burden for the Court and the parties.

Pursuant to Local Rule 1015-1, the Debtors have filed the Percy Declaration contemporaneously

herewith.  As set forth in the Percy Declaration, the joint administration of the Debtors'

respective estates is warranted and will ease the administrative burden for the Court and parties

in interest.

11.     Joint administration of these cases will save the Debtors and their estates

substantial time and expense because it will remove the need to prepare, replicate, file, and serve

duplicative notices, applications, and orders.  Further, joint administration will relieve the Court

of entering duplicative orders and maintaining duplicative files and dockets.  The United States

Trustee for Region 3 and other parties in interest will similarly benefit from joint administration

of these chapter 11 cases, sparing them the time and effort of reviewing duplicative pleadings

and papers.

12.     Joint administration will not adversely affect creditors' rights because this

Motion requests only the administrative consolidation of the estates for procedural purposes and

does not seek substantive consolidation.  As such, each creditor will continue to hold its claim

against a particular Debtor's estate after this Motion is approved.

---

[2]  Certain non-Debtor individuals hold non-voting "Profit Units" in Chef Investment, LLC, but all Preferred Units
and Common Units are held by Chef Holdings, Inc. and CTIF Holdings, Inc.

01:24256495.1

13.     The Debtors respectfully request that these cases be administered under

the following caption:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
```
| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **CTI FOODS, LLC,** *et al.*, | : | **Case No. 19-10497 (     )** |
| | : | |
| | : | |
| **Debtors.** [1] | : | **(Jointly Administered)** |
```
------------------------------------------------------------ x
```

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Chef Holdings, Inc. (8070); Chef Intermediate, Inc. (8653); CTIF Holdings, Inc. (0046); Chef Investment, LLC (3918); CTI Foods Acquisition LLC (3918); CTI Foods Holding Co., LLC (8320); CTI Services Corporation (2331); CTI Foods, LLC (3673); CTI Arlington, LLC (6103); CTI Saginaw I, LLC (6133); CTI King of Prussia, LLC (4771); CTI-SSI Food Services, LLC (8322); S & S Foods LLC (7447); Custom Food Products Holdings, LLC (2697); Custom Food Products, LLC (0697); Liguria Holdings, Inc. (8652); and Liguria Foods, Inc. (6446). The Debtors' mailing address is 504 Sansom Blvd., Saginaw, Texas 76179.

14.     The Debtors also request that the following notation be entered on the

docket in each Debtor's chapter 11 case (other than the chapter 11 case of CTI Foods, LLC) to

reflect the joint administration of these cases:

> An order has been entered in this case directing the procedural
> consolidation and joint administration of the chapter 11 cases of
> CTI Foods, LLC, *et al.*  The docket in Case No. 19-10497 (     )
> should be consulted for all matters affecting this case.

15.     The relief requested herein is necessary, appropriate, and in the best

interests of the Debtors, their estates, and all other parties in interest in these cases.  Accordingly,

the Court should authorize the relief requested.

## Notice

16.     Notice of this Motion will be provided to (i) the Office of the United

States Trustee for the District of Delaware; (ii) the holders of the 30 largest unsecured claims

10

against the Debtors on a consolidated basis; (iii) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Damian S. Schaible, Esq., Michelle McGreal, Esq., and Stephen D. Piraino, Esq.), counsel to the Ad Hoc Group and Cortland Capital Market Services LLC, as DIP Term Loan Agent; (iv) White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020 (Attn: Elizabeth Feld, Esq. and Charles Koster, Esq.), counsel to the Second Lien Term Loan Agent; (v) Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022 (Attn: Joel Moss, Esq. and Jordan Wishnew, Esq.), counsel to Barclays Bank PLC, as the DIP ABL Agent; and (vi) Otterbourg P.C., 230 Park Avenue, New York, New York 10169 (Attn: Andrew Kramer, Esq. and Allen Cremer, Esq.), counsel to Wells Fargo Bank, National Association, as ABL Agent.  Notice of this Motion and any order entered hereon will be served in accordance with Local Rule 9013-1(m).

01:24256495.1

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated:  March 11, 2019
          Wilmington, Delaware

/s/ Jaime Luton Chapman

YOUNG CONAWAY STARGATT & TAYLOR, LLP
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile:  (302) 571-1253

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (*pro hac vice* pending)
Ronit J. Berkovich (*pro hac vice* pending)
Lauren Tauro (*pro hac vice* pending)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for Debtors
and Debtors in Possession*

12

## **Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
                                                             :
In re                                                        :
                                                             :   Chapter 11
CHEF HOLDINGS, INC.                                          :
                                                             :   Case No. 19-10490 (___)
                        Debtor.                              :
                                                             :
Tax I.D. No. 46-3538070                                      :
------------------------------------------------------------ x
                                                             :
In re                                                        :
                                                             :   Chapter 11
CHEF INTERMEDIATE, INC.                                      :
                                                             :   Case No. 19-10491 (___)
                                                             :
                        Debtor.                              :
                                                             :
Tax I.D. No. 46-4608653                                      :
------------------------------------------------------------ x
                                                             :
In re                                                        :
                                                             :   Chapter 11
CTIF HOLDINGS, INC.                                          :
                                                             :   Case No. 19-10492 (___)
                                                             :
                        Debtor.                              :
                                                             :
Tax I.D. No. 27-5470046                                      :
------------------------------------------------------------ x
                                                             :
In re                                                        :
                                                             :   Chapter 11
CHEF INVESTMENT, LLC                                         :
                                                             :   Case No. 19-10493 (___)
                                                             :
                        Debtor.                              :
                                                             :
Tax I.D. No. 27-2203918                                      :
------------------------------------------------------------ x
```

01:24256495.1

```
-------------------------------------------------- x
                                                  :
In re                                             :
                                                  :    Chapter 11
CTI FOODS ACQUISITION LLC                         :
                                                  :    Case No. 19-10494 (___)
            Debtor.                               :
                                                  :
Tax I.D. No. 27-2203918                           :
-------------------------------------------------- x
                                                  :
In re                                             :
                                                  :    Chapter 11
CTI FOODS HOLDING CO., LLC                        :
                                                  :    Case No. 19-10495 (___)
            Debtor.                               :
                                                  :
Tax I.D. No. 14-1888320                           :
-------------------------------------------------- x
                                                  :
In re                                             :
                                                  :    Chapter 11
CTI SERVICES CORPORATION                          :
                                                  :    Case No. 19-10496 (___)
            Debtor.                               :
                                                  :
Tax I.D. No. 27-4372331                           :
-------------------------------------------------- x
                                                  :
In re                                             :
                                                  :    Chapter 11
CTI FOODS, LLC                                    :
                                                  :    Case No. 19-10497 (___)
            Debtor.                               :
                                                  :
Tax I.D. No. 54-2103673                           :
-------------------------------------------------- x
```

```
------------------------------------------------------ x
In re                                          :
                                               :
CTI ARLINGTON, LLC                             :        Chapter 11
                                               :
                                               :        Case No. 19-10498 (___)
                                               :
            Debtor.                            :
                                               :
Tax I.D. No. 26-0406103                        :
                                               :
------------------------------------------------------ x
                                               :
In re                                          :
                                               :
CTI SAGINAW I, LLC                             :        Chapter 11
                                               :
                                               :        Case No. 19-10499 (___)
                                               :
            Debtor.                            :
                                               :
Tax I.D. No. 26-0406133                        :
------------------------------------------------------ x
                                               :
In re                                          :
                                               :        Chapter 11
CTI KING OF PRUSSIA, LLC                       :
                                               :        Case No. 19-10500 (___)
                                               :
            Debtor.                            :
                                               :
Tax I.D. No. 45-5624771                        :
------------------------------------------------------ x
                                               :
In re                                          :
                                               :        Chapter 11
CTI-SSI FOOD SERVICES, LLC                     :
                                               :        Case No. 19-10501 (___)
                                               :
            Debtor.                            :
                                               :
Tax I.D. No. 14-1888322                        :
------------------------------------------------------ x
```

01:24256495.1

```
---------------------------------------------------------- x
In re                              :
                                   :      Chapter 11
S & S FOODS LLC                    :
                                   :      Case No. 19-10502 (___)
                                   :
         Debtor.                   :
                                   :
Tax I.D. No. 30-0197447            :
---------------------------------------------------------- x
                                   :
In re:                             :
                                   :      Chapter 11
CUSTOM FOOD                        :
PRODUCTS HOLDINGS, LLC             :      Case No. 19-10503 (___)
                                   :
                                   :
         Debtor.                   :
                                   :
Tax I.D. No. 20-8962697            :
---------------------------------------------------------- x
                                   :
In re                              :
                                   :      Chapter 11
CUSTOM FOOD PRODUCTS, LLC          :
                                   :      Case No. 19-10504 (___)
                                   :
         Debtor.                   :
                                   :
Tax I.D. No. 26-0240697            :
---------------------------------------------------------- x
                                   :
In re                              :
                                   :      Chapter 11
LIGURIA HOLDINGS, INC.             :
                                   :      Case No. 19-10505 (___)
                                   :
         Debtor.                   :
                                   :
Tax I.D. No. 81-1178652            :
---------------------------------------------------------- x
```

```
---------------------------------------------------- x
In re                                              :
                                                   :    Chapter 11
LIGURIA FOODS, INC.                                :
                                                   :    Case No. 19-10506 (___)
                                                   :
            Debtor.                                :
                                                   :
Tax I.D. No. 26-1696446                            :
---------------------------------------------------- x
```

## ORDER PURSUANT TO FED R. BANKR. P. 1015(b)
## DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion, dated March 11, 2019 (the "**Motion**")[1] of CTI Foods, LLC and

its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in

possession (collectively, the "**Debtors**"), for entry of an order pursuant to Bankruptcy Rule

1015(b) and Local Rule 1015-1 directing joint administration of their chapter 11 cases, all as

more fully set forth in the Motion; and upon the consideration of the Percy Declaration; and this

Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28

U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States

District Court for the District of Delaware, dated February 29, 2012; and consideration of the

Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and

venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and

proper notice of the Motion having been provided; and such notice having been adequate and

appropriate under the circumstances, and it appearing that no other or further notice need be

provided; and this Court having reviewed the Motion; and upon any hearing held on the Motion;

and all objections, if any, to the Motion have been withdrawn, resolved, or overruled; and this

Court having determined that the legal and factual bases set forth in the Motion establish just

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

01:24256495.1

5

cause for the relief granted herein; and it appearing that the relief requested in the Motion is in

the best interests of the Debtors and their respective estates and creditors; and upon all of the

proceedings had before this Court and after due deliberation and sufficient cause appearing

therefor,

**IT IS HEREBY ORDERED THAT**

1.      The Motion is granted as set forth herein.

2.      The above-captioned chapter 11 cases are consolidated for procedural

purposes only and shall be jointly administered by the Court under Case No. 19-10497 (   ).

3.      Nothing contained in this Order shall be deemed or construed as directing

or otherwise affecting the substantive consolidation of any of the above-captioned cases, the

Debtors, or the Debtors' estates.

4.       The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------- x
In re                                    :      Chapter 11
                                         :
CTI FOODS, LLC, et al.,                  :      Case No. 19-10497 (     )
                                         :
                                         :
            Debtors. 1                   :      (Jointly Administered)
-------------------------------------------------------- x
```

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Chef Holdings, Inc. (8070); Chef Intermediate, Inc. (8653); CTIF Holdings, Inc. (0046); Chef Investment, LLC (3918); CTI Foods Acquisition LLC (3918); CTI Foods Holding Co., LLC (8320); CTI Services Corporation (2331); CTI Foods, LLC (3673); CTI Arlington, LLC (6103); CTI Saginaw I, LLC (6133); CTI King of Prussia, LLC (4771); CTI-SSI Food Services, LLC (8322); S & S Foods LLC (7447); Custom Food Products Holdings, LLC (2697); Custom Food Products, LLC (0697); Liguria Holdings, Inc. (8652); and Liguria Foods, Inc. (6446).  The Debtors' mailing address is 504 Sansom Blvd., Saginaw, Texas 76179.

5.      A docket entry shall be made in each of the above-captioned cases (except

the chapter 11 case of CTI Foods, LLC) substantially as follows:

An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of CTI Foods, LLC, *et al.*  The docket in Case No. 19-10497 (    ) should be consulted for all matters affecting this case.

6.      The Debtors are authorized to take all actions necessary or appropriate to

carry out the relief granted in this Order.

7.      This Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.


Dated: _____, 2019
          Wilmington, Delaware

_____

UNITED STATES BANKRUPTCY JUDGE

01:24256495.1

7