## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- x

In re       :      **Chapter 11**

     :

**CTI FOODS, LLC, *et al.*,**      :      **Case No. 19-10497 (CSS)**

     :

     :

**Debtors.**[1]      :      **(Joint Administration Requested)**

-------------------------------------------------------- x

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE THAT** Barclays Bank PLC, as the ABL DIP Agent ("Barclays Bank") hereby enters its appearance by and through its undersigned counsel, Shearman & Sterling LLP and Richards, Layton & Finger, P.A., pursuant to 11 U.S.C. § 1109(b) and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and 11 U.S.C. §§ 342 and 1109(b), that all copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases be given and served upon the attorneys listed below at the following addresses, email addresses and telephone numbers:

Mark D. Collins
Jason M. Madron
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
           madron@rlf.com

Joel Moss
Jordan A. Wishnew
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone:    (212) 848-4000
Facsimile:    (212) 848-7179
E-mail: joel.moss@shearman.com
           jordan.wishnew@shearman.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Chef Holdings, Inc. (8070); Chef Intermediate, Inc. (8653); CTIF Holdings, Inc. (0046); Chef Investment, LLC (3918); CTI Foods Acquisition LLC (3918); CTI Foods Holding Co., LLC (8320); CTI Services Corporation (2331); CTI Foods, LLC (3673); CTI Arlington, LLC (6103); CTI Saginaw I, LLC (6133); CTI King of Prussia, LLC (4771); CTI-SSI Food Services, LLC (8322); S & S Foods LLC (7447); Custom Food Products Holdings, LLC (2697); Custom Food Products, LLC (0697); Liguria Holdings, Inc. (8652); and Liguria Foods, Inc. (6446). The Debtors' mailing address is 504 Sansom Blvd., Saginaw, Texas 76179.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is neither intended as nor is it a consent of Barclays Bank to the jurisdiction of the United States Bankruptcy Court for the District of Delaware nor, specifically but not limited to, a waiver of (i) Barclays Bank's right to trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto, (ii) Barclays Bank's right to have the reference withdrawn by the United States District Court for the District of Delaware in any matter subject to mandatory or discretionary withdrawal or (iii) any other rights, claims, actions, defenses, set-offs, or recoupments to which Barclays Bank is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Barclays Bank expressly reserves.

*[Remainder of page intentionally left blank.]*

RLF1 20925220v.1

Dated: March 11, 2019
       Wilmington, Delaware

Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701

-and-

Joel Moss
Jordan A. Wishnew
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone:    (212) 848-4000
Facsimile:    (212) 848-7179

*Attorneys for Barclays Bank PLC,*
*as the ABL DIP Agent*

3