IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re                                  :    Chapter 11
                                       :
**CTI FOODS, LLC,** *et al.*,          :    Case No. 19-10497 (CSS)
                                       :
                                       :
        Debtors.[1]                    :    (Jointly Administered)
                                       :
------------------------------------------------------------x

**NOTICE OF RESCHEDULED (I) OMNIBUS HEARING DATE AND (II) HEARING TO
CONSIDER CONFIRMATION OF JOINT PREPACKAGED
CHAPTER 11 PLAN OF CTI FOODS, LLC AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that, on March 11, 2019, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Joint Prepackaged Chapter 11 Plan of CTI Foods, LLC and Its Affiliated Debtors* [D.I. 17] (the "**Plan**") and the related Disclosure Statement [D.I. 16].[2]

**PLEASE TAKE FURTHER NOTICE** that the combined hearing to consider the adequacy of the Disclosure Statement and any objections thereto and to consider confirmation of the Plan (the "**Combined Hearing**"), currently scheduled for April 18, 2019 at 10:00 a.m. (ET) before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, has been rescheduled, at the direction of the Court, to **April 18, 2019 at 1:00 p.m. (ET)**. Any additional

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Chef Holdings, Inc. (8070); Chef Intermediate, Inc. (8653); CTIF Holdings, Inc. (0046); Chef Investment, LLC (3918); CTI Foods Acquisition LLC (3918); CTI Foods Holding Co., LLC (8320); CTI Services Corporation (2331); CTI Foods, LLC (3673); CTI Arlington, LLC (6103); CTI Saginaw I, LLC (6133); CTI King of Prussia, LLC (4771); CTI-SSI Food Services, LLC (8322); S & S Foods LLC (7447); Custom Food Products Holdings, LLC (2697); Custom Food Products, LLC (0697); Liguria Holdings, Inc. (8652); and Liguria Foods, Inc. (6446). The Debtors' mailing address is 504 Sansom Blvd., Saginaw, Texas 76179.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.

01:24313976.1

matters currently scheduled to be heard on April 18, 2019 at 10:00 a.m. (ET) will also be heard on **April 18, 2019 at 1:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing may be further adjourned from time to time without further notice, other than by the filing of a notice on the Bankruptcy Court's docket indicating such adjournment and/or an announcement of the adjourned date or dates at the Combined Hearing.  The adjourned date or dates will be available on the electronic case filing docket and the Voting Agent's website at

https://cases.primeclerk.com/ctifoods.

Dated:  March 25, 2019
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　 */s/ Shane M. Reil*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
M. Blake Cleary (No. 3614)
Matthew B. Lunn (No. 4119)
Jaime Luton Chapman (No. 4936)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile:  (302) 571-1253

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Lauren Tauro (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000

*Proposed Attorneys for Debtors and Debtors in Possession*