IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re                                           :    Chapter 11
                                                :
**CTI FOODS, LLC**, *et al.*,                   :    Case No. 19-10497 (CSS)
                                                :
Debtors.[1]                                     :    (Jointly Administered)
                                                :
---------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 8, 2019 AT 2:00 P.M. (ET)

**MATTERS UNDER CERTIFICATION**

1. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation, (B) Maintain Employee Benefit Programs and Pay Related Obligations, and (C) Pay Prepetition Employee Expenses and (II) Granting Related Relief [D.I. 4; 3/11/19]

   Related Documents:

   A.  Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation, (B) Maintain Employee Benefit Programs and Pay Related Obligations, and (C) Pay Prepetition Employee Expenses and (II) Granting Related Relief [D.I. 65; 3/12/19]

   B.  Omnibus Notice of Pleadings and Hearing Thereon [D.I. 80; 3/13/19]

   C.  Certification of Counsel [D.I. 120; 4/4/19]

   Response Deadline:            April 1, 2019 at 4:00 p.m. (ET)

   Responses Received:           None

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Chef Holdings, Inc. (8070); Chef Intermediate, Inc. (8653); CTIF Holdings, Inc. (0046); Chef Investment, LLC (3918); CTI Foods Acquisition LLC (3918); CTI Foods Holding Co., LLC (8320); CTI Services Corporation (2331); CTI Foods, LLC (3673); CTI Arlington, LLC (6103); CTI Saginaw I, LLC (6133); CTI King of Prussia, LLC (4771); CTI-SSI Food Services, LLC (8322); S & S Foods LLC (7447); Custom Food Products Holdings, LLC (2697); Custom Food Products, LLC (0697); Liguria Holdings, Inc. (8652); and Liguria Foods, Inc. (6446). The Debtors' mailing address is 504 Sansom Blvd., Saginaw, Texas 76179.

    Status:    A revised form of order has been submitted under certification of counsel. No hearing is required unless the Court has questions or concerns.

2. Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Bank Accounts, and Check Stock, (B) Implement Ordinary Course Changes to Cash Management System, and (C) Honor Certain Prepetition Obligations Related Thereto, (II) Providing Administrative Expense Priority for Postpetition Intercompany Claims, (III) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b) and (IV) Granting Related Relief [D.I. 6; 3/11/19]

    Related Documents:

    A. Interim Order Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503 and 507 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Bank Accounts, and Check Stock, (B) Implement Ordinary Course Changes to Cash Management System, and Honor Certain Prepetition Obligations Related Thereto, (II) Providing Administrative Expense Priority for Postpetition Intercompany Claims, (III) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b) and (IV) Granting Related Relief [D.I. 73; 3/12/19]

    B. Omnibus Notice of Pleadings and Hearing Thereon [D.I. 80; 3/13/19]

    C. Certification of Counsel [D.I. 122; 4/4/19]

    Response Deadline:    April 1, 2019 at 4:00 p.m. (ET)

    Responses Received:    None

    Status: A revised form of order has been submitted under certification of counsel. No hearing is required unless the Court has questions or concerns.

3. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 366 and Fed. R. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief [D.I. 7; 3/11/19]

    Related Documents:

    A. Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 366 and Fed. R. Bankr. P. 6003 and 6004 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief [D.I. 74; 3/12/19]

    B.    Omnibus Notice of Pleadings and Hearing Thereon [D.I. 80; 3/13/19]

    C.    Certification of Counsel [D.I. 119; 4/4/19]

Response Deadline:    April 1, 2019 at 4:00 p.m. (ET)

Responses Received:    None

Status:    A revised form of order has been submitted under certification of counsel. No hearing is required unless the Court has questions or concerns.

4. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362(d), and 363(b) and Fed. R. Bankr. P. 4001, 6003, and 6004 for Interim and Final Orders (I) Authorizing Debtors to Continue their Insurance Programs and Pay All Obligations with Respect Thereto and (II) Granting Related Relief [D.I. 9; 3/11/19]

Related Documents:

    A.    Interim Order Pursuant to Pursuant to 11 U.S.C. §§ 105(a), 362(d), and 363(b) and Fed. R. Bankr. P. 4001, 6003, and 6004 (I) Authorizing Debtors to Continue their Insurance Programs and Pay All Obligations with Respect Thereto and (II) Granting Related Relief [D.I. 66; 3/12/19]

    B.    Omnibus Notice of Pleadings and Hearing Thereon [D.I. 80; 3/13/19]

    C.    Certification of Counsel [D.I. 118; 4/4/19]

Response Deadline:    April 1, 2019 at 4:00 p.m. (ET)

Responses Received:    None

Status:    A revised form of order has been submitted under certification of counsel. No hearing is required unless the Court has questions or concerns.

5. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(b) and Fed. R. Bankr. P. 6003 and 6004 for Entry of an Order (I) Authorizing Payment of Prepetition Trade Claims in the Ordinary Course of Business and (II) Granting Related Relief [D.I. 10; 3/11/19]

Related Documents:

    A.    Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(b) and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Payment of Prepetition Trade Claims in the Ordinary Course of Business and (II) Granting Related Relief [D.I. 67; 3/12/19]

B. Omnibus Notice of Pleadings and Hearing Thereon [D.I. 80; 3/13/19]

C. Certification of Counsel [D.I. 121; 4/4/19]

Response Deadline: April 1, 2019 at 4:00 p.m. (ET)

Responses Received: None

Status: A revised form of order has been submitted under certification of counsel. No hearing is required unless the Court has questions or concerns.

6. Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 364 for Entry of Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [D.I. 11; 3/11/19]

Related Documents:

A. Notice of Filing of Confidential Proposed Debtor-In-Possession Financing Fee Letters Under Seal [SEALED: D.I. 12; 3/11/19; REDACTED: D.I. 13; 3/11/19]

B. Notice of Filing of Prepetition ABL Payoff Letter [D.I. 55; 3/12/19]

C. Order Authorizing the Filing Under Seal of Proposed Debtor-in-Possession Financing Fee Letters [D.I. 68; 3/12/19]

D. Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [D.I. 71; 3/12/19]

E. Omnibus Notice of Pleadings and Hearing Thereon [D.I. 80; 3/13/19]

F. Notice of Filing of Proposed Final DIP Order [D.I. 112; 4/3/19]

G. Certificate of No Objection [D.I. 115; 4/4/19]

Response Deadline: April 1, 2019 at 4:00 p.m.

Responses Received: None

Status: A certificate of no objection has been filed. No hearing is required unless the Court has questions or concerns.

7. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 107(b), 363(b), 364(c)(1), 365, and 503(b) and Fed. R. Bankr. P. 9018 for an Order (I) Authorizing Debtors to Assume (A) Exit ABL Commitment Letter and (B) Exit ABL Fee Letter, (II) Approving Exit ABL Fees, and (III) Authorizing Debtors to File Exit ABL Fee Letter Under Seal [SEALED:  D.I. 18; 3/11/19; REDACTED:  D.I. 19; 3/11/19]

    Related Documents:

    A. Notice of Hearing [D.I. 79; 3/13/19]

    B. Declaration of Karn S. Chopra in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 107(b), 363(b), 364(c)(1), 365, and 503(b) and Fed. R. Bankr. P. 9018 for an Order (I) Authorizing Debtors to Assume (A) Exit ABL Commitment Letter and (B) Exit ABL Fee Letter, (II) Approving Exit ABL Fees, and (III) Authorizing Debtors to File Exit ABL Fee Letter Under Seal [D.I. 113; 4/3/19]

    C. Certificate of No Objection [D.I. 116; 4/4/19]

    Response Deadline:       April 1, 2019 at 4:00 p.m. (ET)

    Responses Received:      None

    Status: A certificate of no objection has been filed with the Court.  No hearing is required unless the Court has questions or concerns.

8. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 327, 328, and 330 for Order (I) Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business and (II) Granting Related Relief [D.I. 85; 3/18/19]

    Related Documents:

    A. Certification of Counsel [D.I. 123; 4/4/19]

    Response Deadline:       April 1, 2019 at 4:00 p.m. (ET)

    Responses Received:

    B. Informal response from the U.S. Trustee

    Status: A revised form of order resolving the informal response of the U.S. Trustee has been submitted under certification of counsel.  No hearing is required unless the Court has questions or concerns.

9.     Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [D.I. 89; 3/18/19]

       Related Documents:

       A.     Certificate of No Objection [D.I. 117; 4/4/19]

       Response Deadline:     April 1, 2019 at 4:00 p.m. (ET)

       Responses Received:     None

       Status:     A certificate of no objection has been filed with the Court. No hearing is required unless the Court has questions or concerns.

## MATTERS GOING FORWARD

10.     Application of Debtors Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Retain and Employ Weil Gotshal & Manges LLP as Attorneys for Debtors Effective as of Petition Date [D.I. 86; 3/18/19]

       Related Documents:

       A.     Supplemental Declaration of Matthew S. Barr in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Retain and Employ Weil Gotshal & Manges LLP as Attorneys for Debtors Effective as of Petition Date [SEALED: D.I. 131; 4/4/19; REDACTED: D.I. 132; 4/4/19]

       Response Deadline:     April 1, 2019 at 4:00 p.m. (ET); Extended to April 2, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

       Responses Received:

       B.     United States Trustee's Objection to Application of Debtors Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Retain and Employ Weil Gotshal & Manges LLP as Attorneys for Debtors Effective as of Petition Date [D.I. 109; 4/2/19]

       Status:     The Debtors and Weil Gotshal & Manges submit that the U.S. Trustee's objection has been addressed by the filing of the supplemental declaration and corresponding omnibus motion to seal, which is item 14 on the agenda. This matter is going forward.

11. Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [D.I. 87; 3/18/19]

    Related Documents:

    A. Supplemental Declaration of M. Blake Cleary in Support of the Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [D.I. 93; 3/19/19]

    B. Second Supplemental Declaration of M. Blake Cleary in Support of the Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [SEALED: D.I. 125; 4/4/19; REDACTED: D.I. 126; 4/4/19]

    Response Deadline: April 1, 2019 at 4:00 p.m. (ET); Extended to April 2, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

    Responses Received:

    C. United States Trustee's Objection to Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [D.I. 110; 4/2/19]

    Status: The Debtors and Young Conaway submit that the U.S. Trustee's objection has been addressed by the filing of the second supplemental declaration and corresponding omnibus motion to seal, which is item 14 on the agenda. This matter is going forward.

12. Application of Debtors Pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014 and 2016 Requesting Entry of an Order Authorizing Debtors to Retain Centerview Partners LLC as Investment Banker for Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 88; 3/18/19]

    Related Documents:

    A. Supplemental Declaration of Karn S. Chopra in Support of the Debtors' Application Pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014 and 2016 Requesting Entry of an Order Authorizing Debtors to Retain Centerview Partners LLC as Investment Banker for Debtors *Nunc Pro Tunc* to the Petition Date [SEALED: D.I. 127; 4/4/19; REDACTED: D.I. 128; 4/4/19]

    Response Deadline: April 1, 2019 at 4:00 p.m. (ET); Extended to April 2, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

Responses Received:

B.     United States Trustee's Objection to Application of Debtors Pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014 and 2016 Requesting Entry of an Order Authorizing Debtors to Retain Centerview Partners LLC as Investment Banker for Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 108; 4/2/19]

Status:     The Debtors and Centerview Partners submit that the U.S. Trustee's objection has been addressed by the filing of the supplemental declaration and corresponding omnibus motion to seal, which is item 14 on the agenda. This matter is going forward.

13. Application of Debtors to (I) Employ and Retain AP Services, LLC and (II) Designate Kent Percy as Chief Restructuring Officer, *Nunc Pro Tunc* to the Petition Date [D.I. 91; 3/19/19]

Related Documents:

A.     Order Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) Shortening the Notice Period for the Application of Debtors to (I) Employ and Retain AP Services, LLC and (II) Designate Kent Percy as Chief Restructuring Officer, *Nunc Pro Tunc* to the Petition Date [D.I. 94; 3/20/19]

B.     Supplemental Declaration of Kent Percy of AP Services, LLC [D.I. 124; 4/4/19]

C.     Second Supplemental Declaration of Kent Percy of AP Services, LLC [SEALED: D.I. 129; 4/4/19; REDACTED: D.I. 130; 4/4/19]

Response Deadline:     April 1, 2019 at 4:00 p.m. (ET); Extended to April 2, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

Responses Received:

D.     United States Trustee's Objection to Application of Debtors to (I) Employ and Retain AP Services, LLC and (II) Designate Kent Percy as Chief Restructuring Officer, *Nunc Pro Tunc* to the Petition Date [D.I. 111; 4/2/19]

Status:     The Debtors and AP Services submit that the U.S. Trustee's objection has been addressed by the filing of (i) the supplemental declaration and (ii) the second supplemental declaration and corresponding omnibus motion to seal, which is item 14 on the agenda. This matter is going forward.

14. Omnibus Motion of Debtors for Entry of an Order Authorizing Certain Confidential Information to be Filed Under Seal in Connection with the Applications to Retain the Debtors' Professionals [D.I. 133; 4/4/19]

    Response Deadline:    At the hearing

    Responses Received:    None to date

    Status:    The motion to seal was filed is response to the U.S. Trustee's objections to items 10–13 on the agenda. This matter is going forward.

Dated: April 4, 2019
    Wilmington, Delaware

    */s/ Jaime Luton Chapman*
    YOUNG CONAWAY STARGATT & TAYLOR, LLP
    M. Blake Cleary (No. 3614)
    Matthew B. Lunn (No. 4119)
    Jaime Luton Chapman (No. 4936)
    Shane M. Reil (No. 6195)
    Rodney Square
    1000 North King Street
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Matthew S. Barr (admitted *pro hac vice*)
    Ronit J. Berkovich (admitted *pro hac vice*)
    Lauren Tauro (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000

    *Proposed Attorneys for Debtors and Debtors in Possession*