IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re                                              :        Chapter 11
                                                   :
**CTI FOODS, LLC**, *et al.*,                      :        Case No. 19–10497 (CSS)
                                                   :
                                                   :
         Debtors.[1]                               :        (Jointly Administered)
---------------------------------------------------------------- x

### DECLARATION OF JAMES DALOIA OF PRIME CLERK LLC REGARDING THE SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE JOINT PREPACKAGED CHAPTER 11 PLAN OF CTI FOODS, LLC AND ITS AFFILIATED DEBTORS

I, James Daloia, declare, under the penalty of perjury:

1. I am the Director of Solicitation and Public Securities at Prime Clerk LLC ("**Prime Clerk**"), located at 830 Third Avenue, 3rd Floor, New York, NY 10022. I am over the age of eighteen years and not a party to the above-captioned action. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2. I submit this declaration (the "**Declaration**") with respect to the solicitation of votes and the tabulation of ballots cast on the *Joint Prepackaged Chapter 11 Plan of CTI Foods, LLC and its Affiliated Debtors*, dated March 7, 2019 (as may be amended, supplemented, or modified from time to time, the "**Plan**") [Docket No. 17]. Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and/or my review of the relevant documents. I am

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Chef Holdings, Inc. (8070); Chef Intermediate, Inc. (8653); CTIF Holdings, Inc. (0046); Chef Investment, LLC (3918); CTI Foods Acquisition LLC (3918); CTI Foods Holding Co., LLC (8320); CTI Services Corporation (2331); CTI Foods, LLC (3673); CTI Arlington, LLC (6103); CTI Saginaw I, LLC (6133); CTI King of Prussia, LLC (4771); CTI-SSI Food Services, LLC (8322); S & S Foods LLC (7447); Custom Food Products Holdings, LLC (2697); Custom Food Products, LLC (0697); Liguria Holdings, Inc. (8652); and Liguria Foods, Inc. (6446). The Debtors' mailing address is 504 Sansom Blvd., Saginaw, Texas 76179.

authorized to submit this Declaration on behalf of Prime Clerk. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3. Prior to the commencement of these chapter 11 cases, CTI Foods, LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") appointed Prime Clerk as their solicitation and tabulation agent to assist with, among other things, (a) service of solicitation materials to the parties entitled to vote to accept or reject the Plan and (b) tabulation of votes cast with respect thereto. Prime Clerk and its employees have considerable experience in soliciting and tabulating votes to accept or reject proposed prepackaged chapter 11 plans. On March 12, 2019, this Court authorized Prime Clerk's retention as the Debtors' claims and noticing agent pursuant to the *Order Pursuant to 11 U.S.C. §105(a) and 28 U.S.C. §156(c) Authorizing the Appointment of Prime Clerk LLC as Claims and Noticing Agent Effective as of the Petition Date* [Docket No. 70], and on April 5, 2019, this Court authorized Prime Clerk's retention as the Debtors' administrative advisor pursuant to the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 143].

**Service and Transmittal of Solicitation Packages and Tabulation Process**

4. The procedures adhered to by Prime Clerk for the solicitation and tabulation of votes are outlined in the *Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Reorganization of CTI Foods, LLC and its Affiliated Debtors,* dated March 7, 2019 [Docket No. 16] and the ballots distributed to parties entitled to vote on the Plan (collectively, the "**Solicitation Procedures**"). I supervised the solicitation and tabulation performed by Prime Clerk's employees.

5. The Debtors established March 6, 2019 as the record date (the "**Voting Record Date**") for determining which creditors were entitled to vote on the Plan. Pursuant to the Plan and the Solicitation Procedures, only holders with claims in the following classes as of the Voting Record Date were entitled to vote to accept or reject the Plan (the "**Voting Classes**"):

| **Plan Class** | **Class Description** |
|---|---|
| 3 | First Lien Term Loan Claims |
| 4 | Second Lien Term Loan Claims |

No other classes were entitled to vote on the Plan.

6. In accordance with the Solicitation Procedures, Prime Clerk worked closely with the Debtors and its advisors to identify the holders entitled to vote in the Voting Classes as of the Voting Record Date and to coordinate the distribution of solicitation materials to these holders. A detailed description of Prime Clerk's distribution of solicitation materials is set forth in Prime Clerk's *Affidavit of Service of Solicitation Materials* [Docket No. 51].

7. Further, in accordance with the Solicitation Procedures, Prime Clerk reviewed, determined the validity of, and tabulated the ballots submitted to vote on the Plan. Each ballot submitted to Prime Clerk was date-stamped, scanned, assigned a ballot number, entered into Prime Clerk's voting database, and processed in accordance with the Solicitation Procedures. To be included in the tabulation results as valid, a ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant holder entitled to vote on the Plan (or such holder's authorized representative), (c) returned to Prime Clerk via an approved method of delivery set forth in the Solicitation Procedures, and (d) received by Prime Clerk by 5:00 p.m. (prevailing Eastern Time) on April 1, 2019 (the "**Voting Deadline**").

8.	All valid ballots cast by holders entitled to vote in the Voting Classes and received by Prime Clerk on or before the Voting Deadline were tabulated pursuant to the Solicitation Procedures.

9.	The final tabulation of votes cast by timely and properly completed ballots received by Prime Clerk is attached hereto as **Exhibit A**.

10.	A report of all ballots received but excluded from the final tabulation prepared by Prime Clerk, and the reasons for exclusion of such ballots, is attached hereto as **Exhibit B**.

To the best of my knowledge, information, and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission, and final tabulation of ballots in connection with the Plan is true and correct.

Dated: April 8, 2019			*/s/ James Daloia*
						James Daloia
						Director of Solicitation and Public Securities
						Prime Clerk LLC