## Exhibit A

**CTI Foods, LLC, *et al.***
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|
| | | % | % | % | % | |
| 3 | First Lien Term Loan Claims | 99 | 0 | $328,636,374.97 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 4 | Second Lien Term Loan Claims | 46 | 0 | $124,134,150.00 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |

**<u>Exhibit B</u>**

**CTI Foods, LLC, et al.**

**Exhibit B - Report of Non-Security Ballots Excluded from Tabulation**

| Plan Class | Plan Class Description | Creditor Name | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|
| 3 | First Lien Term Loan Claims | Auburn CLO, LTD. | $1,400,227.91 | Accept | Superseded by Later Received Valid Ballot Included in Final Tabulation |
| 3 | First Lien Term Loan Claims | BDCM Opportunity Fund IV, L.P. | $81,763,128.84 | N/A | Holder did not Indicate Vote to Accept or Reject the Plan; Superseded by Later Received Valid Ballot Included in Final Tabulation |
| 3 | First Lien Term Loan Claims | FS KKR Capital CORP. | $3,762,163.04 | Accept | Superseded by Later Received Valid Ballot Included in Final Tabulation |
| 3 | First Lien Term Loan Claims | Garrison Funding 2015-1 LTD. | $2,800,752.90 | N/A | Holder did not Indicate Vote to Accept or Reject the Plan; Superseded by Later Received Valid Ballot Included in Final Tabulation |
| 3 | First Lien Term Loan Claims | GOLUB Capital Partners CLO 23(B)-R, LTD | $3,000,000.00 | Accept | Superseded by Later Received Valid Ballot Included in Final Tabulation |
| 3 | First Lien Term Loan Claims | Guggenheim Qualifying Investor Fund PLC-Guggenheim U.S. Loan Fund | $3,155,451.45 | Accept | Superseded by Later Received Valid Ballot Included in Final Tabulation |
| 3 | First Lien Term Loan Claims | Seven Sticks CLO LTD. | $700,000.00 | Accept | Superseded by Later Received Valid Ballot Included in Final Tabulation |
| 3 | First Lien Term Loan Claims | Sonoma County Employees' Retirement Association | $250,000.00 | Accept | Superseded by Later Received Valid Ballot Included in Final Tabulation |
| 3 | First Lien Term Loan Claims | South Carolina Retirement Systems Group Trust | $300,000.00 | Accept | Superseded by Later Received Valid Ballot Included in Final Tabulation |
| 3 | First Lien Term Loan Claims | Whitehorse VIII, LTD. | $3,811,425.46 | N/A | Holder did not Indicate Vote to Accept or Reject the Plan |